```
                     UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                            TAMPA DIVISION
```

ROB KAINTZ,
individually and on behalf of
all others similarly situated,

        Plaintiff,
v.                                    Case No. 8:20-cv-2115-VMC-AAS

THE GOODMAN GROUP, INC.,

        Defendant.
_____/

**<u>ORDER</u>**

    This matter comes before the Court upon consideration of United States Magistrate Judge Amanda Arnold Sansone's Report and Recommendation. (Doc. # 45). The Report and Recommendation (Doc. # 45), filed on August 9, 2021, recommends that Plaintiff Rob Kaintz's unopposed Motion for Final Approval of Class Settlement (Doc. # 36) be granted. The parties have filed a joint notice indicating that neither of them objects to the Report and Recommendation. (Doc. # 47).

    The Court accepts and adopts in part the Report and Recommendation (Doc. # 45), and grants Kaintz's unopposed Motion for Final Approval of Class Settlement (Doc. # 36). The Report and Recommendation is adopted in all respects except insofar as it provides that the Court retains

1

jurisdiction to enforce the terms of the settlement. (Doc. # 45 at 5).

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a de novo review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, the Court adopts in substantive part the Report and Recommendation. The Court agrees with Judge Sansone's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented,

and neither party has objected to the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 45) is **ACCEPTED** and **ADOPTED** except insofar as it provides that the Court retains jurisdiction to enforce the terms of the class action settlement agreement. The Court declines to retain jurisdiction to enforce the terms of the settlement agreement.

(2) Plaintiff Rob Kaintz's unopposed Motion for Final Approval of Class Settlement (Doc. # 36) is **GRANTED.**

(3) The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>23rd</u> day of August, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE