```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

ROB KAINTZ,
individually and on behalf of
all others similarly situated,

        Plaintiff,
v.                                    Case No. 8:20-cv-2115-VMC-AAS

THE GOODMAN GROUP, INC.,

        Defendant.
_____/
```

**ORDER**

This matter comes before the Court upon consideration of United States Magistrate Judge Amanda Arnold Sansone's Report and Recommendation. (Doc. # 46). The Report and Recommendation (Doc. # 46), filed on August 9, 2021, recommends that Kaintz's unopposed Motion for Attorneys' Fees and Costs (Doc. # 37) be granted. The parties have filed a joint notice indicating that neither of them objects to the Report and Recommendation. (Doc. # 47).

The Court accepts and adopts the Report and Recommendation (Doc. # 46), and grants Kaintz's unopposed Motion for Attorneys' Fees and Costs. (Doc. # 37).

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a de novo review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, the Court adopts the Report and Recommendation. The Court agrees with Judge Sansone's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented, and neither party has objected to the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 46) is **ACCEPTED** and **ADOPTED.**

(2) Kaintz's unopposed Motion for Attorneys' Fees and Costs (Doc. # 37) is **GRANTED**.

(3) Kaintz's counsel is awarded a fee consisting of one-third of the total common fund, which totals $37,466.66, and costs totaling $478.45.

(4) The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of August, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE